IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RODNEY DERAIL JORDAN | § | |
| v. | § | CIVIL ACTION NO. 6:08-CV-00451-MHS-JKG |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |
| | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the action be dismissed with prejudice. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is hereby **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED this 28th day of June, 2010.**

1

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE